UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KRIS DANIEL ROGLIERI,<br><br>        Debtor. | Chapter 11<br><br>Case No. 24-10157 (REL) |
| PAUL A. LEVINE, as Receiver of Prime Capital Ventures LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>KRIS DANIEL ROGLIERI,<br><br>        Defendant. | Adv. Pro. No. 24-90010 (REL) |

### DECLARATION OF PIETER VAN TOL

Pieter Van Tol, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner with the firm of Hogan Lovells US LLP, which is counsel to Kris Daniel Roglieri ("Roglieri") in the above-captioned proceeding.

2. I submit this declaration in support of Roglieri's motion to dismiss the above-captioned proceeding (the "Motion") and for the sole purpose of providing documents to the Court for its consideration in connection with the Motion.

3. Annexed hereto as **Exhibit A** is a true and correct copy of an order entered on January 12, 2024 by the United States District Court for the Northern District of New York in

1

*Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC*, 24-cv-55 (the "District Court Action").

4.  Annexed hereto as **Exhibit B** is a true and correct copy of a submission made by Compass-Charlotte 1031, LLC on January 19, 2024 in the District Court Action.

5.  Annexed hereto as **Exhibit C** is a true and correct copy of a submission made by Prime Capital on January 21, 2024 in the District Court Action.

6.  Annexed hereto as **Exhibit D** is a true and correct copy of an order entered on January 24, 2024 in the District Court Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2024
      New York, New York

*/s/ Pieter Van Tol*
Pieter Van Tol