UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:                                                      Chapter 7

     KRIS DANIEL ROGLIERI,                     Case No.: 24-10157 (REL)

                  Debtor.

_____

PAUL A. LEVINE, as Receiver of Prime
Capital Ventures LLC,

                  Plaintiff,          Adv. Pro. No. 24-90010 (REL)

KRIS DANIEL ROGLIERI,

                  Defendant.

_____

### RECEIVER'S DECLARATION

     Paul A. Levine, an attorney at law duly admitted to practice before the Courts of the State

of New York affirms under penalty of perjury as follows:

     1.     I am an attorney at law duly admitted to practice before the Courts of the State of

New York.

     2.     This affirmation is based on my personal knowledge and the facts and

circumstances set forth below.

     3.     I respectfully submit this affirmation in opposition to the motion of Kris Daniel

Roglieri (the "Debtor") to dismiss the pending adversary complaint that I filed as receiver for

Prime Capital Ventures, LLC objecting to the Debtor's discharge and dischargeability under

sections 523 and 727 of the Bankruptcy Code.

     4.     Attached hereto are true and accurate copies of the following in the action

*Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC*, United States District Court,

Northern District of New York, 24-CV-555 NDNY):

    a. Memorandum-Decision and Order entered January 24, 2024.  Exhibit "A"; and

    b. Memorandum-Decision and Order entered March 19, 2024.  Exhibit "B".

5.      Attached hereto is a true and accurate copy of the Decision and Order of the Supreme Court, New York County, in the action *ER Tennessee LLC v. Prime Capital Ventures, LLC*, Index No. 650231/2024.  Exhibit "C".

6.      Attached hereto is a true and accurate copy of the Statement of Ratification of Prime Capital Ventures, LLC Bankruptcy Filing in the Prime Chapter 11 Case, Case No.: 24-10531, Docket No. 66.  Exhibit "D".

Dated:  July 10, 2024

Respectfully submitted,


*/s/ Paul A. Levine*
Paul A. Levine, Esq.